**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | RICHARD JOHN GARZA JR | ) | Case No. 19-17174-aih |
| | GARZA, EMILY ANN | ) | Chapter 13 Proceedings |
| | Debtor(s) | ) | Judge Arthur I. Harris |

**CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION**
**PURSUANT TO BANKRUPTCY RULE 2004**

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee herein, by and through counsel, and hereby moves this Honorable Court to issue an Order requiring the Debtor(s) to appear for examination pursuant to Bankruptcy Rule 2004. In support of her motion, the Trustee makes the following representations to the Court:

1. At the time this case was filed on November 21, 2019, Debtors were employed at Arconic and Rhenium Alloys, Inc. The last payment received from Mr. Garza's employer was on June 15, 2020.

2. The Trustee sent correspondence to the Debtors and their counsel on October 5, 2020 to request that Amended Schedules I and J be filed to disclose current information about the Debtors' income and expenses. The Trustee also requested a copy of recent pay advices for Debtors.

3. To date, there has been no response to the letter and no amended schedules have been filed.

4. Debtors are requested to provide the following documents to the Trustee:
   - Amended Schedules I and J to accurately disclose the Debtors' current monthly household income and expenses, as well as any changes to employment;
   - Copies of pay advices for the months of October and November 2020 for Debtors;
   - Copies of bank statements for the months of July 2020 through November 2020 for all accounts held by the Debtor(s);

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to grant her motion and order the Debtors to appear on Wednesday, **December 9, 2020** at **1:30 p.m.** for a telephonic examination for the reasons cited and to require that the Debtors provide said documents to the Trustee on or before **Friday, December 4, 2020** for review by the Trustee prior to the exam.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on November 05, 2020, a true and correct copy of the Trustee's Motion for Examination Pursuant to Bankruptcy Rule 2004 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    WILLIAM J. BALENA, on behalf of the Debtor(s), RICHARD JOHN GARZA, JR. & EMILY ANN GARZA, at docket@ohbksource.com

And by regular U.S. Mail, postage prepaid, on:

    RICHARD JOHN GARZA, JR. & EMILY ANN GARZA, Debtor(s), at 2028 E 37TH STREET, LORAIN, OH 44055

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com